# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-05032-03-CR-SW-MDH |
| JAMES B. GIBSON, | ) |
| Defendant. | ) |

## ORDER

The United States has filed a Notice of Intent Not to Seek the Death Penalty. It is therefore

**ORDERED** that the appointment of the Federal Public Defenders' Office for the District of Kansas, as second counsel, be, and it is hereby rescinded effective August 18, 2022.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 18, 2022